

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

UNITED STATES OF AMERICA,    )                     <u>ORDER</u>

      Plaintiff,         )    Case No.  2:11-CV-1271-PAL-PAL

      vs.             )

SHUMPEI ITO,            )

      <u>Defendant.</u>         )

The Court having received the Complaint filed on August 5, 2011, by J. Gregory Damm, Assistant United States Attorney for the District of Nevada, for and on behalf of the Government of Japan, pursuant to the request of the Government of Japan, for the arrest and extradition of SHUMPEI ITO, and an affidavit executed by SHUMPEI ITO and witnessed by his attorney, Garrett Ogata, Esq.;

And, further, the Court having been advised in open session that SHUMPEI ITO is a fugitive sought by the Government of Japan; that he is aware that the Government of Japan has filed charges against him and has obtained a warrant for his arrest; that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Government of Japan and Title 18, United States Code, § 3184 et seq., and that he has knowingly and voluntarily waived those rights;

IT IS THEREFORE ORDERED that SHUMPEI ITO be committed to the custody of the United States Marshal for the District of Nevada pending arrival of the duly authorized representatives of the Government of Japan, at which time the United States Marshal shall deliver him to the custody of such authorized representatives to be transported to Japan to be held for trial or other disposition; and

IT IS FURTHER ORDERED that the transfer of physical custody of SHUMPEI ITO shall be at such time and place as mutually agreed upon by the United States Marshal for the District of Nevada and the duly authorized representatives of the Government of Japan.

The Clerk of the Court is directed to forward copies of this Order and the executed Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division, Department of Justice, in Washington, D.C., and the Assistant United States Attorney.

SO ORDERED, this ___15th___ day of November, 2011.


PEGGY A. LEEN
United States Magistrate Judge
District Of Nevada